IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE OCHOA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1313-R |
| | ) |
| ANITA TRAMMELL, Warden, | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

## **J U D G M E N T**

Upon consideration of the *Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254*, the response thereto, all other pleadings and state court records submitted in this matter, and for the reasons set forth in the Court's *Memorandum Opinion and Order* filed this same date, Petitioner's request for habeas relief is denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254* (Dkt. No. 1) be denied and judgment enter on behalf of Respondent and against Petitioner.

IT IS SO ORDERED this 3rd day of December, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE