IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE OCHOA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1313-R |
| | ) |
| ANITA TRAMMELL, Warden, | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

On this same date, the Court entered its *Memorandum Opinion and Order*, along with its Judgment, denying Petitioner's habeas petition. Accordingly, Petitioner's *Motion for Stay of Execution Pending Consideration and Disposition of Petition for a Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254* (Dkt. No. 2) is DENIED as Moot.

IT IS SO ORDERED, this 3rd day of December, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE